**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**SCOTT ROBINSON,**

    Petitioner,

VS.                                            Case No. 4:16cv277-WS/CAS

**PRESIDENT BARACK OBAMA,
JARED COONEY HORVATH,**

    Respondents.

_____/

## ORDER, REPORT AND RECOMMENDATION

This case was initiated on May 12, 2016, by the filing of a petition for a writ of habeas corpus under 28 U.S.C. § 2241, ECF No. 1. Petitioner paid the $5.00 filing fee at the time of case initiation.

Petitioner Scott Robinson alleges he is chosen against his will to be a human test subject in a research study. President Obama allegedly authorized the study and Mr. Horvath is an "expert of the subject matter involving human subject stimulation using frequency technology." ECF No. 1 at 2-3.

Mr. Robinson provides an address for himself in Antioch, California. ECF No. 11 at 13. He does not indicate he is confined in a penal institution, ECF No. 1 at 1, stating only that he is in the United States. President Obama resides in Washington, D.C. Mr. Horvath's location is unknown from this petition. This Court lacks jurisdiction to proceed with this case because Petitioner is not within the Northern District of Florida. "Section 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated." Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir.1991) (district court in Florida did not have jurisdiction over § 2241 petitioner in Minnesota); Hajduk v. United States, 764 F.2d 795, 796 (11th Cir.1985) (district court in Georgia lacked jurisdiction over petitioner in Kentucky). Furthermore, it has not been shown that Respondents are located in Florida either. This case should be summarily dismissed for lack of jurisdiction.

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that this § 2241 petition for writ of habeas corpus, ECF No. 1, filed by Scott Robinson be **DISMISSED** for lack of jurisdiction.

**IN CHAMBERS** at Tallahassee, Florida, on May 13, 2016.

    s/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**