IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


SCOTT ROBINSON,

    Petitioner,

v.	4:16cv277–WS/CAS

PRESIDENT BARACK OBAMA,
and JARED COONEY HORVATH,

    Respondents.

_____

ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (doc. 4) docketed May 13, 2016. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction.

    On May 31, 2016, the petitioner's copy of the report and recommendation was returned to the clerk's office by the post office. The envelope was stamped: "Return to Sender, Attempted – Not Known, Unable to Forward." See Doc. 6. Although it is his responsibility to do so, the petitioner has not provided the court with a current address.

    Upon review of the record, this court has determined that the recommendation of dismissal should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus is DISMISSED for lack of jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed for lack of jurisdiction."

DONE AND ORDERED this ___1st___ day of ___June___, 2016.


       s/ William Stafford
       WILLIAM STAFFORD
       SENIOR UNITED STATES DISTRICT JUDGE